IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACY HUA et al.,** | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| v. | : | |
| | : | |
| **WELLS FARGO BANK, N.A., et al.,** | : | |
| *Defendants*. | : | No. 17-2365 |

# O R D E R

**AND NOW**, on this 21st day of November, 2017, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim and Lack of Subject Matter Jurisdiction (Doc. No. 7), Plaintiffs' Response in Opposition (Doc. No. 12), and Oral Argument on the Motion (Doc. No. 17), it is hereby **ORDERED** that the Motion (Docket No. 7) is **GRANTED**.

Plaintiffs are **GRANTED LEAVE** to file an Amended Complaint by no later than December 11, 2017.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE